UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SURE FILL & SEAL, INC.,
     Plaintiff,

vs.                                  CASE NO. 8:10-CIV-316-T-17-TBM

THE PLATINUM PACKAGING
GROUP, INC., et al.,
    Defendants.

                                /

## ORDER ADOPTING REPORT AND RECOMMENDATION

       This cause is before the Court on the report and recommendation (R&R) issued by

Magistrate Judge Thomas B. McCoun III on October 8, 2010 (Docket No. 76).  The

magistrate judge recommended that the Court grant the motion to dismiss Justine Lowe

(Docket No. 74) and deny the Motion to Dismiss or transfer (Docket No. 20).

       Pursuant to Rule 6.02, Rules of the United States District Court for the Middle District

of Florida, the parties had fourteen (14) days after service to file written objections to the

proposed findings and recommendations, or be barred from attacking the factual findings on

appeal.  **Nettles v. Wainwright**, 677 F.2d 404 (5th Cir. 1982) (en banc).  No timely

objections to the report and recommendation were filed.

## STANDARD OF REVIEW

       When a party makes a timely and specific objection to a finding of fact in the report

and recommendation, the district court should make a de novo review of the record with

respect to that factual issue.  28 U.S.C. ' 636(b)(1); **U.S. v. Raddatz**, 447 U.S. 667 (1980);

**Jeffrey S. v. State Board of Education of State of Georgia**, 896 f.2d 507 (11th Cir. 1990).

However, when no timely and specific objections are filed, case law indicates that the court

should review the findings using a clearly erroneous standard. **Gropp v. United Airlines,**

**Inc.,** 817 F.Supp. 1558, 1562 (M.D. Fla. 1993).

The Court has reviewed the report and recommendation and made an independent

review of the record. Upon due consideration, the Court concurs with the report and

recommendation. Accordingly, it is

**ORDERED** that the report and recommendation, October 8, 2010 (Docket No. 76)

be **adopted** and **incorporated by reference**; the motion to dismiss Justine Lowe (Docket No.

74) is **granted**; Justine Lowe is terminated from this action; the motion to dismiss or transfer

is **denied**; the remaining defendants have ten days to file answers to the complaint; and the

parties shall file an agreed to Case Management Report by December 10, 2010.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 27th day of October,

2010.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies
to:
All parties and counsel of record
Assigned Magistrate Judge